■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WOODS, JR., Appellant. [695 NYS2d 713] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered January 26, 1998, convicting defendant upon his plea of guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

Defendant pleaded guilty to a reduced charge of attempted criminal sale of a controlled substance in the third degree and was sentenced as a second felony offender to a prison term of 3 to 6 years. Defense counsel seeks to be relieved of his assignment on the ground that there are no nonfrivolous issues that can be raised on appeal. Based upon our review of the record, defense counsel's brief and defendant's *pro se* submission, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see*, *People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Mikoll, Carpinello, Graffeo and Mugglin, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH FRENCH, Appellant. [695 NYS2d 712] —Appeal from a judgment of the County Court of St. Lawrence County (Nicandri, J.), rendered December 21, 1998, convicting defendant upon his plea of guilty of the crimes of sodomy in the second degree and attempted sodomy in the first degree.

Defendant pleaded guilty to the crimes of sodomy in the second degree and attempted sodomy in the first degree in satisfaction of a 12-count indictment and was sentenced to concurrent prison terms of 1½ to 4½ years and 2¼ to 4½ years, respectively. On appeal, defense counsel has asserted that no nonfrivolous appealable issues exist and seeks to be relieved of his assignment as counsel for defendant. Upon our review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty, waived his right to appeal and was sentenced in accordance with the plea agreement to the statutory minimum sentence. The judgment of conviction is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see*, *People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Mikoll, Yesawich Jr., Graffeo and Mugglin, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.